608

■ In the Matter of ALDA L. SUTTON, against HERMAN E. HILLEBOE, as Commissioner of Health of the State of New York.— Motion to dispense with printing denied, with leave to renew upon a proper affidavit of merit. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAMUEL J. WINSLOW v. ROBERTS NUMBERING MACHINE Co. et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the records on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAMUEL J. WINSLOW v. ROBERTS NUMBERING MACHINE Co. et al.— Motion for leave to withdraw appeal denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of GERSON ANTELL et al. against BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion granted insofar as to permit movant to file a brief as *amicus curiæ* within 10 days after the appeal has been noticed for argument. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS WILES and JAMES JOHNSON.— Motion to dismiss appeal granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JENNY CITRON, as Administratrix of the Estate of HYMAN COOPER, Deceased, against WILLIAM COWEN et al.— Motion granted insofar as to permit the appellant to prosecute her appeal as a poor person and to permit the appeal to be heard on a typewritten record on appeal and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies thereof, together with the typewritten record on appeal with this court on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. The filing of an undertaking pursuant to section 298 of the Surrogate's Court Act is dispensed with. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH LIEBERMAN, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dispense · with printing granted insofar as to dispense with printing in the record on appeal of the exhibits received in evidence or marked at the hearing before the Referee, on condition that the petitioner submit the originals or photostatic copies of said exhibits at the time of filing the printed record of the proceeding. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee, v. HARRY MELNIKOFF et al.— Motion granted insofar as to allow appellants to have the appeals heard in one typewritten or mimeographed appeal book, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the plaintiff-respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.